IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:

**WILLIAM J. RISH, JR.,**

Case No: 16-50292-KKS
Chapter 7

    Debtor.

## RESPONSE TO OBJECTION (DOC. 30)

**COMES NOW**, Debtor, WILLIAM J. RISH, JR., and responds to the Objection to Exemptions (Doc. 30) filed by the Trustee and states as follows:

1. The Trustee filed her Objection to Exemptions (Doc. 30), on February 1, 2017.

2. The Debtor filed an Amended Schedule C (Doc. 31) on February 7, 2017.

3. The Objection to Exemptions and amendments dealt with three (3) properties, to-wit:

    a. Nantahala Bank Account

    b. Emerald Coast Credit Union Account

    c. 150 Acres (Jarrott Daniels Road and Highway 386).

4. The Debtor's Amended Schedule C reflects the Debtor's concession to the Trustee that the Nantahala Bank Account and Emerald Coast Credit Union Account were inadvertently claimed as exempt.

5. The Debtor has executed a new promissory note with the Trustee to reflect the amounts contained in the aforementioned accounts and such proceeds will be available for the Creditors in this cause.

6. The Debtor's Amended Schedule C reflects an exemption to the aforementioned 150 acres as property held Tenants by the Entireties, 11 U.S.C. §522(b)(3)(B).

7. The Debtor submits a hearing should be held to address any issue related to the 150 acres subject to the Trustee's Objection to Exemptions.

DATED this 19th day of February, 2017.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the foregoing has been furnished by ECF/CMC on February 19, 2017, to all parties so designated for service on ECF/CMC, including MaryBeth Colon.

Respectfully Submitted,

**GILLIS WAY & CAMPBELL**

By:_____
ETHAN ANDREW WAY, B.C.S.
Florida Bar No. 148199
Post Office Box 10017
Tallahassee, Florida 32302
Tel. (850) 412-0142
Fax (888) 274-7988
E-Mail: eway@gillisway.com
Secondary E-Mail:
ethanandrewway@gmail.com

Attorney for Debtor