# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 16-50292 KKS
**Case Name:** RISH, WILLIAM J. JR.
**Period Ending:** 12/31/18

**Trustee:** (290330) Mary W. Colon, chapter 7 trustee
**Filed (f) or Converted (c):** 11/02/16 (f)
**§341(a) Meeting Date:** 12/09/16
**Claims Bar Date:** 04/06/17

| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 512 Long Street, Port Saint Joe, FL 32456 | 75,000.00 | 0.00 | | 0.00 | FA |
| 2 | Lots 21 and 21, Marina Cove Subd, Port Saint Joe | 100,000.00 | 0.00 | | 0.00 | FA |
| 3 | 4 acres and 1 lot, Secluded Dunes Part., Gulf Co owned with spouse as TBE | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 4 | Jarrott Daniels Road and Highway 386-Land 150 ac value and interest unknown at this point | 300,000.00 | 0.00 | | 0.00 | FA |
| 5 | St. Joe Bay Lot, Port Saint Joe, FL 32456 owned TBE | 30,000.00 | 30,000.00 | | 0.00 | FA |
| 6 | Lot 3, East Bay Plantation, Port Saint Joe, FL owned with spouse TBE | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 7 | Heronwalk LLC, Port Saint Joe, FL 32456-0000 | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 8 | Contents of home: Sofa, chairs, tables, etc. | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | Pictures and art in residence. | 1,500.00 | 0.00 | | 0.00 | FA |
| 10 | Callaway X22 golf clubs w 2 Taylor Made Woods | 435.00 | 435.00 | | 435.00 | FA |
| 11 | Beretta 12 ga; Beretta 12 ga; Beretta 12 ga, etc | 9,500.00 | 9,500.00 | | 9,500.00 | FA |
| 12 | Debtor's apparel: shirts, pants, etc. | 500.00 | 0.00 | | 0.00 | FA |
| 13 | Wedding band,class ring,stainless steel Rolex et | 17,700.00 | 15,200.00 | | 15,200.00 | FA |
| 14 | Checking: Emerald Coast Credit Union | 165.84 | 165.84 | | 165.84 | FA |
| 15 | Checking: Nantahala Bank | 3,661.04 | 3,661.04 | | 3,661.04 | FA |
| 16 | Checking: Capital City Bank | 4,033.22 | 0.00 | | 0.00 | FA |

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 16-50292 KKS  
**Case Name:** RISH, WILLIAM J. JR.  
**Period Ending:** 12/31/18

**Trustee:** (290330)   Mary W. Colon, chapter 7 trustee  
**Filed (f) or Converted (c):** 11/02/16 (f)  
**§341(a) Meeting Date:** 12/09/16  
**Claims Bar Date:** 04/06/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Lighthouse Utilities Co., 19.5% ownership owned wth spouse TBE | 140,000.00 | 0.00 | | 0.00 | FA |
| 18 | Gulf Coast Real Estate Group, LLC, 10% ownership owned with spouse TBE | 22,350.00 | 0.00 | | 0.00 | FA |
| 19 | Gulf Coast Rental Group, LLC, 10% ownership owned with spouse TBE | 250.00 | 0.00 | | 0.00 | FA |
| 20 | Lighthouse Utilities Co. - 401K Plan | 184,003.00 | 0.00 | | 0.00 | FA |
| 21 | Pre-Paid College Fund for Caroline Rish | 15,361.86 | 0.00 | | 0.00 | FA |
| 22 | Pre-Paid College fund for Marilyn Rish | 19,218.10 | 0.00 | | 0.00 | FA |
| 23 | Two (2) Florida Real Estate Broker licenses | 50.00 | 50.00 | | 49.94 | FA |
| 24 | 2016 anticipated Tax Refund: Federal | Unknown | 100.00 | | 0.00 | FA |
| 25 | sales commissions pending time of filing  (u)<br>no pending commissions | Unknown | 10,000.00 | | 0.00 | FA |
| 26 | BP Claim  (u)<br>Notice of Intent to Abandon filed doc. #60; settlement pending; creditor has perfected lien | Unknown | 0.00 | OA | 0.00 | FA |
| 26 | **Assets**   **Totals** (Excluding unknown values) | **$979,728.06** | **$124,111.88** | | **$29,011.82** | **$0.00** |

**Major Activities Affecting Case Closing:**

TFR

TDR

Order Claim objection entered 1/4/19

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 16-50292 KKS | **Trustee:** (290330) Mary W. Colon, chapter 7 trustee |
| **Case Name:** RISH, WILLIAM J. JR. | **Filed (f) or Converted (c):** 11/02/16 (f) |
| | **§341(a) Meeting Date:** 12/09/16 |
| **Period Ending:** 12/31/18 | **Claims Bar Date:** 04/06/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Ojbection to Claim filed 11/30/18 - order submitted 1/3/19
Order doc. 89 served 1-24-18
Application to Employ CPA filed #88; order submitted 1-19-18
Affidavit sent to CPA on 1-18-18
Report of Sale

Promissory note-Callaway X22 golf clubs with two (2) Taylor Made woods ($435); Beretta 12 ga, Beretta 12 ga, Beretta 12 ga - automatic, Ruger .223, Colt AR 22, AK 74 rifle, Beretta .40 pistol, Smith & Wesson 500, Walther PPK .380 ($9,500); equity interest in wedding band, class ring, stainless steel Rolex Daytona, gold Rolex Presidential, 2-tone stainless and gold Rolex Datejust ($15,200); two (2) Florida Real Estate Broker licenses ($50); Emerald Coast Credit Union checking ($165.84); and Nantahala Bank checking ($3,661.04).
Total of $29,011.88 payable at the rate of $2,417.66 per month. Commence on February 15, 2017. Paid in full 1-3-18 - $29,011.82

Hearing 8/24/17 re: objection to exemptions
Objection to Exemptions
Signature cards
BP claim to address secured creditor 4-24-17
EIN applied for

**Initial Projected Date Of Final Report (TFR):** March 15, 2018    **Current Projected Date Of Final Report (TFR):** March 1, 2019

_____
January 16, 2019
Date

/s/ Mary W. Colon, chapter 7 trustee
_____
Mary W. Colon, chapter 7 trustee

## Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-50292 KKS
**Case Name:** RISH, WILLIAM J. JR.

**Taxpayer ID #:** **-***0400
**Period Ending:** 12/31/18

**Trustee:** Mary W. Colon, chapter 7 trustee (290330)
**Bank Name:** Rabobank, N.A.
**Account:** ******5266 - Checking Account
**Blanket Bond:** $250,000.00   (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/17/17 | | Rish, William | Acct #1 NOITS #32; Payment #1; note payment | | 2,417.66 | | 2,417.66 |
| | {10} | | Acct #1 NOITS #32; Payment #1; note payment    36.25 | 1129-000 | | | 2,417.66 |
| | {11} | | Acct #1 NOITS #32; Payment #1; note payment    791.67 | 1129-000 | | | 2,417.66 |
| | {13} | | Acct #1 NOITS #32; Payment #1; note payment    1,266.67 | 1129-000 | | | 2,417.66 |
| | {14} | | Acct #1 NOITS #32; Payment #1; note payment    13.82 | 1129-000 | | | 2,417.66 |
| | {15} | | Acct #1 NOITS #32; Payment #1; note payment    305.09 | 1129-000 | | | 2,417.66 |
| | {23} | | Acct #1 NOITS #32; Payment #1; note payment    4.16 | 1129-000 | | | 2,417.66 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,407.66 |
| 03/20/17 | | Rish, William | Acct #1 NOITS #32; Payment #2; note payment | | 2,417.66 | | 4,825.32 |
| | {10} | | Acct #1 NOITS #32; Payment #2; note payment    36.25 | 1129-000 | | | 4,825.32 |
| | {11} | | Acct #1 NOITS #32; Payment #2; note    791.67 | 1129-000 | | | 4,825.32 |

**Subtotals :**     $4,835.32     $10.00

{} Asset reference(s)

## Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 16-50292 KKS
**Case Name:** RISH, WILLIAM J. JR.

**Taxpayer ID #:** **-***0400
**Period Ending:** 12/31/18

**Trustee:** Mary W. Colon, chapter 7 trustee (290330)
**Bank Name:** Rabobank, N.A.
**Account:** ******5266 - Checking Account
**Blanket Bond:** $250,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | {13} | | Acct #1 NOITS #32;   1,266.67<br>Payment #2; note payment | 1129-000 | | | 4,825.32 |
| | {14} | | Acct #1 NOITS #32;   13.82<br>Payment #2; note payment | 1129-000 | | | 4,825.32 |
| | {15} | | Acct #1 NOITS #32;   305.09<br>Payment #2; note payment | 1129-000 | | | 4,825.32 |
| | {23} | | Acct #1 NOITS #32;   4.16<br>Payment #2; note payment | 1129-000 | | | 4,825.32 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,815.32 |
| 04/12/17 | | Rish, William | Acct #1 NOITS #32; Payment #3; note payment | | 2,417.66 | | 7,232.98 |
| | {10} | | Acct #1 NOITS #32;   36.25<br>Payment #3; note payment | 1129-000 | | | 7,232.98 |
| | {11} | | Acct #1 NOITS #32;   791.67<br>Payment #3; note payment | 1129-000 | | | 7,232.98 |
| | {13} | | Acct #1 NOITS #32;   1,266.67<br>Payment #3; note payment | 1129-000 | | | 7,232.98 |
| | {14} | | Acct #1 NOITS #32;   13.82<br>Payment #3; note payment | 1129-000 | | | 7,232.98 |

Subtotals:   $2,417.66   $10.00

{} Asset reference(s)

Printed: 01/16/2019 10:16 AM   V.14.14

## Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 16-50292 KKS
**Case Name:** RISH, WILLIAM J. JR.

**Taxpayer ID #:** **-***0400
**Period Ending:** 12/31/18

**Trustee:** Mary W. Colon, chapter 7 trustee (290330)
**Bank Name:** Rabobank, N.A.
**Account:** ******5266 - Checking Account
**Blanket Bond:** $250,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | {15} | | Acct #1 NOITS #32;   305.09<br>Payment #3; note<br>payment | 1129-000 | | | 7,232.98 |
| | {23} | | Acct #1 NOITS #32;   4.16<br>Payment #3; note<br>payment | 1129-000 | | | 7,232.98 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,222.98 |
| 05/05/17 | | Rish, William | Acct #1 NOITS #32; Payment #4; note payment | | 2,417.60 | | 9,640.58 |
| | {10} | | Acct #1 NOITS #32;   36.25<br>Payment #4; note<br>payment | 1129-000 | | | 9,640.58 |
| | {11} | | Acct #1 NOITS #32;   791.65<br>Payment #4; note<br>payment | 1129-000 | | | 9,640.58 |
| | {13} | | Acct #1 NOITS #32;   1,266.64<br>Payment #4; note<br>payment | 1129-000 | | | 9,640.58 |
| | {14} | | Acct #1 NOITS #32;   13.82<br>Payment #4; note<br>payment | 1129-000 | | | 9,640.58 |
| | {15} | | Acct #1 NOITS #32;   305.08<br>Payment #4; note<br>payment | 1129-000 | | | 9,640.58 |
| | {23} | | Acct #1 NOITS #32;   4.16<br>Payment #4; note<br>payment | 1129-000 | | | 9,640.58 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.09 | 9,626.49 |

**Subtotals :**        **$2,417.60**        **$24.09**

{} Asset reference(s)

Printed: 01/16/2019 10:16 AM        V.14.14

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 16-50292 KKS | | Trustee: | Mary W. Colon, chapter 7 trustee (290330) |
|---|---|---|---|---|
| Case Name: | RISH, WILLIAM J. JR. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5266 - Checking Account |
| Taxpayer ID #: | **-***0400 | | Blanket Bond: | $250,000.00 (per case limit) |
| Period Ending: | 12/31/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/07/17 | | Rish, William | Acct #1 NOITS #32; Payment #4, 5; note payment | | 2,417.66 | | 12,044.15 |
| | {10} | | Acct #1 NOITS #32; Payment #5; note payment | 36.25 | 1129-000 | | 12,044.15 |
| | {11} | | Acct #1 NOITS #32; Payment #4; note payment | 0.02 | 1129-000 | | 12,044.15 |
| | {11} | | Acct #1 NOITS #32; Payment #5; note payment | 791.65 | 1129-000 | | 12,044.15 |
| | {13} | | Acct #1 NOITS #32; Payment #4; note payment | 0.03 | 1129-000 | | 12,044.15 |
| | {13} | | Acct #1 NOITS #32; Payment #5; note payment | 1,266.64 | 1129-000 | | 12,044.15 |
| | {14} | | Acct #1 NOITS #32; Payment #5; note payment | 13.82 | 1129-000 | | 12,044.15 |
| | {15} | | Acct #1 NOITS #32; Payment #4; note payment | 0.01 | 1129-000 | | 12,044.15 |
| | {15} | | Acct #1 NOITS #32; Payment #5; note payment | 305.08 | 1129-000 | | 12,044.15 |
| | {23} | | Acct #1 NOITS #32; Payment #5; note | 4.16 | 1129-000 | | 12,044.15 |

Subtotals : $2,417.66 $0.00

{} Asset reference(s)

Printed: 01/16/2019 10:16 AM V.14.14

## Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 16-50292 KKS
**Case Name:** RISH, WILLIAM J. JR.

**Taxpayer ID #:** **-***0400
**Period Ending:** 12/31/18

**Trustee:** Mary W. Colon, chapter 7 trustee (290330)
**Bank Name:** Rabobank, N.A.
**Account:** ******5266 - Checking Account
**Blanket Bond:** $250,000.00   (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | payment | | | | |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.39 | 12,027.76 |
| 07/05/17 | | Rish, William | Acct #1 NOITS #32; Payment #5, 6; note payment | | 2,417.66 | | 14,445.42 |
| | {10} | | Acct #1 NOITS #32;           36.25 Payment #6; note payment | 1129-000 | | | 14,445.42 |
| | {11} | | Acct #1 NOITS #32;            0.02 Payment #5; note payment | 1129-000 | | | 14,445.42 |
| | {11} | | Acct #1 NOITS #32;          791.65 Payment #6; note payment | 1129-000 | | | 14,445.42 |
| | {13} | | Acct #1 NOITS #32;            0.03 Payment #5; note payment | 1129-000 | | | 14,445.42 |
| | {13} | | Acct #1 NOITS #32;        1,266.64 Payment #6; note payment | 1129-000 | | | 14,445.42 |
| | {14} | | Acct #1 NOITS #32;           13.82 Payment #6; note payment | 1129-000 | | | 14,445.42 |
| | {15} | | Acct #1 NOITS #32;            0.01 Payment #5; note payment | 1129-000 | | | 14,445.42 |
| | {15} | | Acct #1 NOITS #32;          305.08 Payment #6; note payment | 1129-000 | | | 14,445.42 |

Subtotals :     $2,417.66        $16.39

{} Asset reference(s)

## Form 2

### Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 16-50292 KKS
**Case Name:** RISH, WILLIAM J. JR.

**Taxpayer ID #:** **-***0400
**Period Ending:** 12/31/18

**Trustee:** Mary W. Colon, chapter 7 trustee (290330)
**Bank Name:** Rabobank, N.A.
**Account:** ******5266 - Checking Account
**Blanket Bond:** $250,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | {23} | | Acct #1 NOITS #32;<br>Payment #6; note<br>payment | 4.16 | 1129-000 | | | 14,445.42 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 18.57 | 14,426.85 |
| 08/09/17 | | Rish, William | Acct #1 NOITS #32; Payment #6, 7; note payment | | | 2,417.66 | | 16,844.51 |
| | {10} | | Acct #1 NOITS #32;<br>Payment #7; note<br>payment | 36.25 | 1129-000 | | | 16,844.51 |
| | {11} | | Acct #1 NOITS #32;<br>Payment #6; note<br>payment | 0.02 | 1129-000 | | | 16,844.51 |
| | {11} | | Acct #1 NOITS #32;<br>Payment #7; note<br>payment | 791.65 | 1129-000 | | | 16,844.51 |
| | {13} | | Acct #1 NOITS #32;<br>Payment #6; note<br>payment | 0.03 | 1129-000 | | | 16,844.51 |
| | {13} | | Acct #1 NOITS #32;<br>Payment #7; note<br>payment | 1,266.64 | 1129-000 | | | 16,844.51 |
| | {14} | | Acct #1 NOITS #32;<br>Payment #7; note<br>payment | 13.82 | 1129-000 | | | 16,844.51 |
| | {15} | | Acct #1 NOITS #32;<br>Payment #6; note<br>payment | 0.01 | 1129-000 | | | 16,844.51 |
| | {15} | | Acct #1 NOITS #32; | 305.08 | 1129-000 | | | 16,844.51 |

**Subtotals :**    $2,417.66    $18.57

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 16-50292 KKS
**Case Name:** RISH, WILLIAM J. JR.

**Taxpayer ID #:** **-***0400
**Period Ending:** 12/31/18

**Trustee:** Mary W. Colon, chapter 7 trustee (290330)
**Bank Name:** Rabobank, N.A.
**Account:** ******5266 - Checking Account
**Blanket Bond:** $250,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | {23} | | Acct #1 NOITS #32;<br>Payment #7; note<br>payment | 4.16 | 1129-000 | | | 16,844.51 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 25.26 | 16,819.25 |
| 09/07/17 | | Rish, William | Acct #1 NOITS #32; Payment #7, 8; note payment | | | 2,417.66 | | 19,236.91 |
| | {10} | | Acct #1 NOITS #32;<br>Payment #8; note<br>payment | 36.25 | 1129-000 | | | 19,236.91 |
| | {11} | | Acct #1 NOITS #32;<br>Payment #7; note<br>payment | 0.02 | 1129-000 | | | 19,236.91 |
| | {11} | | Acct #1 NOITS #32;<br>Payment #8; note<br>payment | 791.65 | 1129-000 | | | 19,236.91 |
| | {13} | | Acct #1 NOITS #32;<br>Payment #7; note<br>payment | 0.03 | 1129-000 | | | 19,236.91 |
| | {13} | | Acct #1 NOITS #32;<br>Payment #8; note<br>payment | 1,266.64 | 1129-000 | | | 19,236.91 |
| | {14} | | Acct #1 NOITS #32;<br>Payment #8; note<br>payment | 13.82 | 1129-000 | | | 19,236.91 |
| | {15} | | Acct #1 NOITS #32;<br>Payment #7; note | 0.01 | 1129-000 | | | 19,236.91 |

Subtotals : $2,417.66 $25.26

{} Asset reference(s) 

Printed: 01/16/2019 10:16 AM V.14.14

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

**Case Number:** 16-50292 KKS  
**Case Name:** RISH, WILLIAM J. JR.  

**Taxpayer ID #:** **-***0400  
**Period Ending:** 12/31/18  

**Trustee:** Mary W. Colon, chapter 7 trustee (290330)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5266 - Checking Account  
**Blanket Bond:** $250,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | payment | | | | |
| | {15} | | Acct #1 NOITS #32; Payment #8; note payment | 1129-000 | 305.08 | | 19,236.91 |
| | {23} | | Acct #1 NOITS #32; Payment #8; note payment | 1129-000 | 4.16 | | 19,236.91 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.81 | 19,211.10 |
| 10/04/17 | | Rish, William | Acct #1 NOITS #32; Payment #8, 9; note payment | | 2,417.66 | | 21,628.76 |
| | {10} | | Acct #1 NOITS #32; Payment #9; note payment | 1129-000 | 36.25 | | 21,628.76 |
| | {11} | | Acct #1 NOITS #32; Payment #8; note payment | 1129-000 | 0.02 | | 21,628.76 |
| | {11} | | Acct #1 NOITS #32; Payment #9; note payment | 1129-000 | 791.65 | | 21,628.76 |
| | {13} | | Acct #1 NOITS #32; Payment #8; note payment | 1129-000 | 0.03 | | 21,628.76 |
| | {13} | | Acct #1 NOITS #32; Payment #9; note payment | 1129-000 | 1,266.64 | | 21,628.76 |
| | {14} | | Acct #1 NOITS #32; Payment #9; note payment | 1129-000 | 13.82 | | 21,628.76 |

Subtotals :     **$2,417.66**     **$25.81**

{} Asset reference(s)     Printed: 01/16/2019 10:16 AM     V.14.14

# Form 2

## Cash Receipts And Disbursements Record

Page: 9

**Case Number:** 16-50292 KKS  
**Case Name:** RISH, WILLIAM J. JR.  
**Taxpayer ID #:** **-***0400  
**Period Ending:** 12/31/18  

**Trustee:** Mary W. Colon, chapter 7 trustee (290330)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5266 - Checking Account  
**Blanket Bond:** $250,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | {15} | | Acct #1 NOITS #32; Payment #8; note payment | 0.01 | 1129-000 | | | 21,628.76 |
| | {15} | | Acct #1 NOITS #32; Payment #9; note payment | 305.08 | 1129-000 | | | 21,628.76 |
| | {23} | | Acct #1 NOITS #32; Payment #9; note payment | 4.16 | 1129-000 | | | 21,628.76 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 32.48 | 21,596.28 |
| 11/06/17 | | Rish, William | Acct #1 NOITS #32; Payment #10, 9; note payment | | | 2,417.66 | | 24,013.94 |
| | {10} | | Acct #1 NOITS #32; Payment #10; note payment | 36.25 | 1129-000 | | | 24,013.94 |
| | {11} | | Acct #1 NOITS #32; Payment #10; note payment | 791.65 | 1129-000 | | | 24,013.94 |
| | {11} | | Acct #1 NOITS #32; Payment #9; note payment | 0.02 | 1129-000 | | | 24,013.94 |
| | {13} | | Acct #1 NOITS #32; Payment #10; note payment | 1,266.64 | 1129-000 | | | 24,013.94 |
| | {13} | | Acct #1 NOITS #32; Payment #9; note payment | 0.03 | 1129-000 | | | 24,013.94 |
| | {14} | | Acct #1 NOITS #32; | 13.82 | 1129-000 | | | 24,013.94 |

**Subtotals :**   **$2,417.66**   **$32.48**

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Page: 10

| Case Number: | 16-50292 KKS | | Trustee: | Mary W. Colon, chapter 7 trustee (290330) |
|---|---|---|---|---|
| Case Name: | RISH, WILLIAM J. JR. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5266 - Checking Account |
| Taxpayer ID #: | **-***0400 | | Blanket Bond: | $250,000.00   (per case limit) |
| Period Ending: | 12/31/18 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Payment #10; note payment | | | | | |
| | {15} | | Acct #1 NOITS #32; Payment #10; note payment | 305.08 | 1129-000 | | | 24,013.94 |
| | {15} | | Acct #1 NOITS #32; Payment #9; note payment | 0.01 | 1129-000 | | | 24,013.94 |
| | {23} | | Acct #1 NOITS #32; Payment #10; note payment | 4.16 | 1129-000 | | | 24,013.94 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 33.72 | 23,980.22 |
| 12/07/17 | | Rish, William | Acct #1 NOITS #32; Payment #10, 11; note payment | | | 2,417.66 | | 26,397.88 |
| | {10} | | Acct #1 NOITS #32; Payment #11; note payment | 36.25 | 1129-000 | | | 26,397.88 |
| | {11} | | Acct #1 NOITS #32; Payment #10; note payment | 0.02 | 1129-000 | | | 26,397.88 |
| | {11} | | Acct #1 NOITS #32; Payment #11; note payment | 791.65 | 1129-000 | | | 26,397.88 |
| | {13} | | Acct #1 NOITS #32; Payment #10; note payment | 0.03 | 1129-000 | | | 26,397.88 |
| | {13} | | Acct #1 NOITS #32; Payment #11; note | 1,266.64 | 1129-000 | | | 26,397.88 |

| | Subtotals : | $2,417.66 | $33.72 |
|---|---|---|---|

{} Asset reference(s)

## Form 2

Page: 11

## Cash Receipts And Disbursements Record

**Case Number:** 16-50292 KKS
**Case Name:** RISH, WILLIAM J. JR.

**Taxpayer ID #:** **-***0400
**Period Ending:** 12/31/18

**Trustee:** Mary W. Colon, chapter 7 trustee (290330)
**Bank Name:** Rabobank, N.A.
**Account:** ******5266 - Checking Account
**Blanket Bond:** $250,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | 5 T-Code | 6 Receipts $ | 7 Disbursements $ | 8 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | {14} | | Acct #1 NOITS #32; Payment #11; note payment | 13.82 | 1129-000 | | | 26,397.88 |
| | {15} | | Acct #1 NOITS #32; Payment #10; note payment | 0.01 | 1129-000 | | | 26,397.88 |
| | {15} | | Acct #1 NOITS #32; Payment #11; note payment | 305.08 | 1129-000 | | | 26,397.88 |
| | {23} | | Acct #1 NOITS #32; Payment #11; note payment | 4.16 | 1129-000 | | | 26,397.88 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 35.77 | 26,362.11 |
| 01/03/18 | | Rish, William | Acct #1 NOITS #32; Payment #11, 12; note payment | | | 2,417.62 | | 28,779.73 |
| | {10} | | Acct #1 NOITS #32; Payment #12; note payment | 36.25 | 1129-000 | | | 28,779.73 |
| | {11} | | Acct #1 NOITS #32; Payment #11; note payment | 0.02 | 1129-000 | | | 28,779.73 |
| | {11} | | Acct #1 NOITS #32; Payment #12; note payment | 791.63 | 1129-000 | | | 28,779.73 |
| | {13} | | Acct #1 NOITS #32; Payment #11; note payment | 0.03 | 1129-000 | | | 28,779.73 |

**Subtotals:** $2,417.62 $35.77

{} Asset reference(s)             Printed: 01/16/2019 10:16 AM   V.14.14

## Form 2

## Cash Receipts And Disbursements Record

Page: 12

**Case Number:** 16-50292 KKS
**Case Name:** RISH, WILLIAM J. JR.

**Taxpayer ID #:** **-***0400
**Period Ending:** 12/31/18

**Trustee:** Mary W. Colon, chapter 7 trustee (290330)
**Bank Name:** Rabobank, N.A.
**Account:** ******5266 - Checking Account
**Blanket Bond:** $250,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | {13} | | Acct #1 NOITS #32; Payment #12; note payment | 1,266.63 | 1129-000 | | | 28,779.73 |
| | {14} | | Acct #1 NOITS #32; Payment #12; note payment | 13.82 | 1129-000 | | | 28,779.73 |
| | {15} | | Acct #1 NOITS #32; Payment #11; note payment | 0.01 | 1129-000 | | | 28,779.73 |
| | {15} | | Acct #1 NOITS #32; Payment #12; note payment | 305.05 | 1129-000 | | | 28,779.73 |
| | {23} | | Acct #1 NOITS #32; Payment #12; note payment | 4.18 | 1129-000 | | | 28,779.73 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 44.83 | 28,734.90 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 38.57 | 28,696.33 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 41.27 | 28,655.06 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 39.84 | 28,615.22 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 45.27 | 28,569.95 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 39.72 | 28,530.23 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 43.76 | 28,486.47 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 42.33 | 28,444.14 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 21.81 | 28,422.33 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 25.69 | 28,396.64 |

Subtotals :  $0.00   $383.09

# Form 2

## Cash Receipts And Disbursements Record

Page: 13

**Case Number:** 16-50292 KKS  
**Case Name:** RISH, WILLIAM J. JR.  

**Taxpayer ID #:** **-***0400  
**Period Ending:** 12/31/18  

**Trustee:** Mary W. Colon, chapter 7 trustee (290330)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5266 - Checking Account  
**Blanket Bond:** $250,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

**Account ******5266**

|  |  |  |  |
|---|---|---|---|
| | Balance Forward | 0.00 | |
| 12 | Deposits | 29,011.82 | 0 Checks 0.00 |
| 0 | Interest Postings | 0.00 | 21 Adjustments Out 615.18 |
| | Subtotal | 29,011.82 | 0 Transfers Out 0.00 |
| 0 | Adjustments In | 0.00 | Total 615.18 |
| 0 | Transfers In | 0.00 | |
| | Total | 29,011.82 | |

Net Receipts : 29,011.82  
Net Estate : $29,011.82

**Case Totals**

|  |  |  |  |
|---|---|---|---|
| | Balance Forward | 0.00 | |
| 12 | Deposits | 29,011.82 | 0 Checks 0.00 |
| 0 | Interest Postings | 0.00 | 21 Adjustments Out 615.18 |
| | Subtotal | 29,011.82 | 0 Transfers Out 0.00 |
| 0 | Adjustments In | 0.00 | Total 615.18 |
| 0 | Transfers In | 0.00 | |
| | Total | 29,011.82 | Net Total Balance 28,396.64 |

January 16, 2019  
_____  
Date

/s/ Mary W. Colon, chapter 7 trustee  
_____  
Mary W. Colon, chapter 7 trustee

{} Asset reference(s)     Printed: 01/16/2019 10:16 AM    V.14.14