**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

In re:  RISH, WILLIAM J., JR.

§   Case No. 16-50292-KKS
§
§
§

Debtor(s)

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 11/02/2016. The undersigned trustee was appointed on 11/02/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $          29,011.82

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 615.18 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 28,396.64 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/06/2017 and the deadline for filing governmental claims was 05/01/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,651.18. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,651.18, for a total compensation of $3,651.18[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $521.61 for total expenses of $521.61[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/08/2019                          By: /s/ Mary W. Colon
                                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit A
Page: 1

**Case No.:**  16-50292-KKS

**Case Name:**   RISH, WILLIAM J.JR.

**For Period Ending:**  04/08/2019

**Trustee Name:**  (290330) Mary W. Colón

**Date Filed (f) or Converted (c):**  11/02/2016 (f)

**§ 341(a) Meeting Date:**  12/09/2016

**Claims Bar Date:**  04/06/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 512 Long Street, Port Saint Joe, FL 32456 | 75,000.00 | 0.00 | | 0.00 | FA |
| 2 | Lots 21 and 21, Marina Cove Subd, Port Saint Joe | 100,000.00 | 0.00 | | 0.00 | FA |
| 3 | 4 acres and 1 lot, Secluded Dunes Part., Gulf Co<br>owned with spouse as TBE | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 4 | Jarrott Daniels Road and Highway 386-Land 150 ac<br>value and interest unknown at this point | 300,000.00 | 0.00 | | 0.00 | FA |
| 5 | St. Joe Bay Lot, Port Saint Joe, FL 32456<br>owned TBE | 30,000.00 | 30,000.00 | | 0.00 | FA |
| 6 | Lot 3, East Bay Plantation, Port Saint Joe, FL<br>owned with spouse TBE | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 7 | Heronwalk LLC, Port Saint Joe, FL 32456-0000 | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 8 | Contents of home: Sofa, chairs, tables, etc. | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | Pictures and art in residence. | 1,500.00 | 0.00 | | 0.00 | FA |
| 10 | Callaway X22 golf clubs w 2 Taylor Made Woods | 435.00 | 435.00 | | 435.00 | FA |
| 11 | Beretta 12 ga; Beretta 12 ga; Beretta 12 ga, etc | 9,500.00 | 9,500.00 | | 9,500.00 | FA |
| 12 | Debtor's apparel: shirts, pants, etc. | 500.00 | 0.00 | | 0.00 | FA |
| 13 | Wedding band,class ring,stainless steel Rolex et | 17,700.00 | 15,200.00 | | 15,200.00 | FA |
| 14 | Checking: Emerald Coast Credit Union | 165.84 | 165.84 | | 165.84 | FA |
| 15 | Checking: Nantahala Bank | 3,661.04 | 3,661.04 | | 3,661.04 | FA |
| 16 | Checking: Capital City Bank | 4,033.22 | 0.00 | | 0.00 | FA |
| 17 | Lighthouse Utilities Co., 19.5% ownership<br>owned with spouse TBE | 140,000.00 | 0.00 | | 0.00 | FA |
| 18 | Gulf Coast Real Estate Group, LLC, 10% ownership<br>owned with spouse TBE | 22,350.00 | 0.00 | | 0.00 | FA |
| 19 | Gulf Coast Rental Group, LLC, 10% ownership<br>owned with spouse TBE | 250.00 | 0.00 | | 0.00 | FA |
| 20 | Lighthouse Utilities Co. - 401K Plan | 184,003.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 2

**Case No.:**  16-50292-KKS

**Case Name:**  RISH, WILLIAM J.JR.

**For Period Ending:**  04/08/2019

**Trustee Name:**  (290330) Mary W. Colón

**Date Filed (f) or Converted (c):**  11/02/2016 (f)

**§ 341(a) Meeting Date:**  12/09/2016

**Claims Bar Date:**  04/06/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 21 | Pre-Paid College Fund for Caroline Rish | 15,361.86 | 0.00 | | 0.00 | FA |
| 22 | Pre-Paid College fund for Marilyn Rish | 19,218.10 | 0.00 | | 0.00 | FA |
| 23 | Two (2) Florida Real Estate Broker licenses | 50.00 | 50.00 | | 49.94 | FA |
| 24 | 2016 anticipated Tax Refund: Federal | Unknown | 100.00 | | 0.00 | FA |
| 25 | sales commissions pending time of filing (u)<br>no pending commissions | Unknown | 10,000.00 | | 0.00 | FA |
| 26 | BP Claim (u)<br>Notice of Intent to Abandon filed doc. #60; settlement pending; creditor has perfected lien | Unknown | 0.00 | OA | 0.00 | FA |
| **26** | **Assets Totals (Excluding unknown values)** | **$979,728.06** | **$124,111.88** | | **$29,011.82** | **$0.00** |

**Major Activities Affecting Case Closing:**

TFR
TDR
Order Claim objection entered 1/4/19
Ojbection to Claim filed 11/30/18 - order submitted 1/3/19
Order doc. 89 served 1-24-18
Application to Employ CPA filed #88; order submitted 1-19-18
Affidavit sent to CPA on 1-18-18
Report of Sale

Promissory note-Callaway X22 golf clubs with two (2) Taylor Made woods ($435); Beretta 12 ga, Beretta 12 ga, Beretta 12 ga - automatic, Ruger .223, Colt AR 22, AK 74 rifle, Beretta .40 pistol, Smith & Wesson 500, Walther PPK .380 ($9,500); equity interest in wedding band, class ring, stainless steel Rolex Daytona, gold Rolex Presidential, 2-tone stainless and gold Rolex Datejust ($15,200); two (2) Florida Real Estate Broker licenses ($50); Emerald Coast Credit Union checking ($165.84); and Nantahala Bank checking ($3,661.04). Total of $29,011.88 payable at the rate of $2,417.66 per month.  Commence on February 15, 2017.  Paid in full 1-3-18 - $29,011.82

Hearing 8/24/17 re: objection to exemptions
Objection to Exemptions
Signature cards
BP claim to address secured creditor 4-24-17
EIN applied for

**Initial Projected Date Of Final Report (TFR):**  03/15/2018

**Current Projected Date Of Final Report (TFR):**  03/01/2019

04/08/2019
_____
Date

/s/Mary W. Colón
_____
Mary W. Colón

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-50292-KKS | Trustee Name: | Mary W. Colón (290330) |
|---|---|---|---|
| Case Name: | RISH, WILLIAM J.JR. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0400 | Account #: | ******5266 Checking Account |
| For Period Ending: | 04/08/2019 | Blanket Bond (per case limit): | $250,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/17/17 | | Rish, William | Acct #1 NOITS #32; Payment #1; note payment | | 2,417.66 | | 2,417.66 |
| | {10} | | Acct #1 NOITS #32; Payment #1; note payment $36.25 | 1129-000 | | | 2,417.66 |
| | {11} | | Acct #1 NOITS #32; Payment #1; note payment $791.67 | 1129-000 | | | 2,417.66 |
| | {13} | | Acct #1 NOITS #32; Payment #1; note payment $1,266.67 | 1129-000 | | | 2,417.66 |
| | {14} | | Acct #1 NOITS #32; Payment #1; note payment $13.82 | 1129-000 | | | 2,417.66 |
| | {15} | | Acct #1 NOITS #32; Payment #1; note payment $305.09 | 1129-000 | | | 2,417.66 |
| | {23} | | Acct #1 NOITS #32; Payment #1; note payment $4.16 | 1129-000 | | | 2,417.66 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,407.66 |
| 03/20/17 | | Rish, William | Acct #1 NOITS #32; Payment #2; note payment | | 2,417.66 | | 4,825.32 |
| | {10} | | Acct #1 NOITS #32; Payment #2; note payment $36.25 | 1129-000 | | | 4,825.32 |
| | {11} | | Acct #1 NOITS #32; Payment #2; note payment $791.67 | 1129-000 | | | 4,825.32 |
| | {13} | | Acct #1 NOITS #32; Payment #2; note payment $1,266.67 | 1129-000 | | | 4,825.32 |
| | {14} | | Acct #1 NOITS #32; Payment #2; note payment $13.82 | 1129-000 | | | 4,825.32 |
| | {15} | | Acct #1 NOITS #32; Payment #2; note payment $305.09 | 1129-000 | | | 4,825.32 |
| | {23} | | Acct #1 NOITS #32; Payment #2; note payment $4.16 | 1129-000 | | | 4,825.32 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,815.32 |

| | | | Page Subtotals: | | $4,835.32 | $20.00 | |

{} Asset Reference(s)        UST Form 101-7-TFR (5/1/2011)        ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-50292-KKS | Trustee Name: | Mary W. Colón (290330) |
|---|---|---|---|
| Case Name: | RISH, WILLIAM J.JR. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0400 | Account #: | ******5266 Checking Account |
| For Period Ending: | 04/08/2019 | Blanket Bond (per case limit): | $250,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/12/17 | | Rish, William | Acct #1 NOITS #32; Payment #3; note payment | | 2,417.66 | | 7,232.98 |
| | {10} | | Acct #1 NOITS #32; Payment #3; note payment $36.25 | 1129-000 | | | 7,232.98 |
| | {11} | | Acct #1 NOITS #32; Payment #3; note payment $791.67 | 1129-000 | | | 7,232.98 |
| | {13} | | Acct #1 NOITS #32; Payment #3; note payment $1,266.67 | 1129-000 | | | 7,232.98 |
| | {14} | | Acct #1 NOITS #32; Payment #3; note payment $13.82 | 1129-000 | | | 7,232.98 |
| | {15} | | Acct #1 NOITS #32; Payment #3; note payment $305.09 | 1129-000 | | | 7,232.98 |
| | {23} | | Acct #1 NOITS #32; Payment #3; note payment $4.16 | 1129-000 | | | 7,232.98 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,222.98 |
| 05/05/17 | | Rish, William | Acct #1 NOITS #32; Payment #4; note payment | | 2,417.60 | | 9,640.58 |
| | {10} | | Acct #1 NOITS #32; Payment #4; note payment $36.25 | 1129-000 | | | 9,640.58 |
| | {11} | | Acct #1 NOITS #32; Payment #4; note payment $791.65 | 1129-000 | | | 9,640.58 |
| | {13} | | Acct #1 NOITS #32; Payment #4; note payment $1,266.64 | 1129-000 | | | 9,640.58 |
| | {14} | | Acct #1 NOITS #32; Payment #4; note payment $13.82 | 1129-000 | | | 9,640.58 |
| | {15} | | Acct #1 NOITS #32; Payment #4; note payment $305.08 | 1129-000 | | | 9,640.58 |
| | {23} | | Acct #1 NOITS #32; Payment #4; note payment $4.16 | 1129-000 | | | 9,640.58 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.09 | 9,626.49 |

Page Subtotals: **$4,835.26**   **$24.09**

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page:  3

| Case No.: | 16-50292-KKS | Trustee Name: | Mary W. Colón (290330) |
|---|---|---|---|
| Case Name: | RISH, WILLIAM J.JR. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0400 | Account #: | ******5266 Checking Account |
| For Period Ending: | 04/08/2019 | Blanket Bond (per case limit): | $250,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/07/17 | | Rish, William | Acct #1 NOITS #32; Payment #4, 5; note payment | | 2,417.66 | | 12,044.15 |
| | {10} | | Acct #1 NOITS #32; Payment #4; note payment $0.00 | 1129-000 | | | 12,044.15 |
| | {10} | | Acct #1 NOITS #32; Payment #5; note payment $36.25 | 1129-000 | | | 12,044.15 |
| | {11} | | Acct #1 NOITS #32; Payment #4; note payment $0.02 | 1129-000 | | | 12,044.15 |
| | {11} | | Acct #1 NOITS #32; Payment #5; note payment $791.65 | 1129-000 | | | 12,044.15 |
| | {13} | | Acct #1 NOITS #32; Payment #4; note payment $0.03 | 1129-000 | | | 12,044.15 |
| | {13} | | Acct #1 NOITS #32; Payment #5; note payment $1,266.64 | 1129-000 | | | 12,044.15 |
| | {14} | | Acct #1 NOITS #32; Payment #4; note payment $0.00 | 1129-000 | | | 12,044.15 |
| | {14} | | Acct #1 NOITS #32; Payment #5; note payment $13.82 | 1129-000 | | | 12,044.15 |
| | {15} | | Acct #1 NOITS #32; Payment #4; note payment $0.01 | 1129-000 | | | 12,044.15 |
| | {15} | | Acct #1 NOITS #32; Payment #5; note payment $305.08 | 1129-000 | | | 12,044.15 |
| | {23} | | Acct #1 NOITS #32; Payment #4; note payment $0.00 | 1129-000 | | | 12,044.15 |
| | {23} | | Acct #1 NOITS #32; Payment #5; note payment $4.16 | 1129-000 | | | 12,044.15 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.39 | 12,027.76 |
| 07/05/17 | | Rish, William | Acct #1 NOITS #32; Payment #5, 6; note payment | | 2,417.66 | | 14,445.42 |
| | {10} | | Acct #1 NOITS #32; Payment #5; note payment | 1129-000 | | | 14,445.42 |

| | | Page Subtotals: | $4,835.32 | $16.39 |
|---|---|---|---|---|

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-50292-KKS | Trustee Name: | Mary W. Colón (290330) |
|---|---|---|---|
| Case Name: | RISH, WILLIAM J.JR. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0400 | Account #: | ******5266 Checking Account |
| For Period Ending: | 04/08/2019 | Blanket Bond (per case limit): | $250,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | $0.00 | | | | |
| | {10} | | Acct #1 NOITS #32; Payment #6; note payment | 1129-000 | | | 14,445.42 |
| | | | $36.25 | | | | |
| | {11} | | Acct #1 NOITS #32; Payment #5; note payment | 1129-000 | | | 14,445.42 |
| | | | $0.02 | | | | |
| | {11} | | Acct #1 NOITS #32; Payment #6; note payment | 1129-000 | | | 14,445.42 |
| | | | $791.65 | | | | |
| | {13} | | Acct #1 NOITS #32; Payment #5; note payment | 1129-000 | | | 14,445.42 |
| | | | $0.03 | | | | |
| | {13} | | Acct #1 NOITS #32; Payment #6; note payment | 1129-000 | | | 14,445.42 |
| | | | $1,266.64 | | | | |
| | {14} | | Acct #1 NOITS #32; Payment #5; note payment | 1129-000 | | | 14,445.42 |
| | | | $0.00 | | | | |
| | {14} | | Acct #1 NOITS #32; Payment #6; note payment | 1129-000 | | | 14,445.42 |
| | | | $13.82 | | | | |
| | {15} | | Acct #1 NOITS #32; Payment #5; note payment | 1129-000 | | | 14,445.42 |
| | | | $0.01 | | | | |
| | {15} | | Acct #1 NOITS #32; Payment #6; note payment | 1129-000 | | | 14,445.42 |
| | | | $305.08 | | | | |
| | {23} | | Acct #1 NOITS #32; Payment #5; note payment | 1129-000 | | | 14,445.42 |
| | | | $0.00 | | | | |
| | {23} | | Acct #1 NOITS #32; Payment #6; note payment | 1129-000 | | | 14,445.42 |
| | | | $4.16 | | | | |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.57 | 14,426.85 |
| 08/09/17 | | Rish, William | Acct #1 NOITS #32; Payment #6, 7; note payment | | 2,417.66 | | 16,844.51 |
| | {10} | | Acct #1 NOITS #32; Payment #6; note payment | 1129-000 | | | 16,844.51 |
| | | | $0.00 | | | | |
| | {10} | | Acct #1 NOITS #32; Payment #7; | 1129-000 | | | 16,844.51 |

| | | | Page Subtotals: | $2,417.66 | $18.57 | |
|---|---|---|---|---|---|---|

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-50292-KKS | Trustee Name: | Mary W. Colón (290330) |
|---|---|---|---|
| Case Name: | RISH, WILLIAM J.JR. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0400 | Account #: | ******5266 Checking Account |
| For Period Ending: | 04/08/2019 | Blanket Bond (per case limit): | $250,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|---|---|---|---|---|---|---|---|
| | | | note payment $36.25 | | | | |
| | {11} | | Acct #1 NOITS #32; Payment #6; note payment $0.02 | 1129-000 | | | 16,844.51 |
| | {11} | | Acct #1 NOITS #32; Payment #7; note payment $791.65 | 1129-000 | | | 16,844.51 |
| | {13} | | Acct #1 NOITS #32; Payment #6; note payment $0.03 | 1129-000 | | | 16,844.51 |
| | {13} | | Acct #1 NOITS #32; Payment #7; note payment $1,266.64 | 1129-000 | | | 16,844.51 |
| | {14} | | Acct #1 NOITS #32; Payment #6; note payment $0.00 | 1129-000 | | | 16,844.51 |
| | {14} | | Acct #1 NOITS #32; Payment #7; note payment $13.82 | 1129-000 | | | 16,844.51 |
| | {15} | | Acct #1 NOITS #32; Payment #6; note payment $0.01 | 1129-000 | | | 16,844.51 |
| | {15} | | Acct #1 NOITS #32; Payment #7; note payment $305.08 | 1129-000 | | | 16,844.51 |
| | {23} | | Acct #1 NOITS #32; Payment #6; note payment $0.00 | 1129-000 | | | 16,844.51 |
| | {23} | | Acct #1 NOITS #32; Payment #7; note payment $4.16 | 1129-000 | | | 16,844.51 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.26 | 16,819.25 |
| 09/07/17 | | Rish, William | Acct #1 NOITS #32; Payment #7, 8; note payment | | 2,417.66 | | 19,236.91 |
| | {10} | | Acct #1 NOITS #32; Payment #7; note payment $0.00 | 1129-000 | | | 19,236.91 |
| | {10} | | Acct #1 NOITS #32; Payment #8; note payment $36.25 | 1129-000 | | | 19,236.91 |
| | {11} | | Acct #1 NOITS #32; Payment #7; | 1129-000 | | | 19,236.91 |

| | | | | Page Subtotals: | $2,417.66 | $25.26 | |

## Form 2

### Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 16-50292-KKS | |
| **Case Name:** | RISH, WILLIAM J.JR. | |
| **Taxpayer ID #:** | **-***0400 | |
| **For Period Ending:** | 04/08/2019 | |

| | |
|---|---|
| **Trustee Name:** | Mary W. Colón (290330) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5266 Checking Account |
| **Blanket Bond (per case limit):** | $250,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | note payment | | | | |
| | | | $0.02 | | | | |
| | {11} | | Acct #1 NOITS #32; Payment #8; note payment | 1129-000 | | | 19,236.91 |
| | | | $791.65 | | | | |
| | {13} | | Acct #1 NOITS #32; Payment #7; note payment | 1129-000 | | | 19,236.91 |
| | | | $0.03 | | | | |
| | {13} | | Acct #1 NOITS #32; Payment #8; note payment | 1129-000 | | | 19,236.91 |
| | | | $1,266.64 | | | | |
| | {14} | | Acct #1 NOITS #32; Payment #7; note payment | 1129-000 | | | 19,236.91 |
| | | | $0.00 | | | | |
| | {14} | | Acct #1 NOITS #32; Payment #8; note payment | 1129-000 | | | 19,236.91 |
| | | | $13.82 | | | | |
| | {15} | | Acct #1 NOITS #32; Payment #7; note payment | 1129-000 | | | 19,236.91 |
| | | | $0.01 | | | | |
| | {15} | | Acct #1 NOITS #32; Payment #8; note payment | 1129-000 | | | 19,236.91 |
| | | | $305.08 | | | | |
| | {23} | | Acct #1 NOITS #32; Payment #7; note payment | 1129-000 | | | 19,236.91 |
| | | | $0.00 | | | | |
| | {23} | | Acct #1 NOITS #32; Payment #8; note payment | 1129-000 | | | 19,236.91 |
| | | | $4.16 | | | | |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.81 | 19,211.10 |
| 10/04/17 | | Rish, William | Acct #1 NOITS #32; Payment #8, 9; note payment | | 2,417.66 | | 21,628.76 |
| | {10} | | Acct #1 NOITS #32; Payment #8; note payment | 1129-000 | | | 21,628.76 |
| | | | $0.00 | | | | |
| | {10} | | Acct #1 NOITS #32; Payment #9; note payment | 1129-000 | | | 21,628.76 |
| | | | $36.25 | | | | |
| | {11} | | Acct #1 NOITS #32; Payment #8; note payment | 1129-000 | | | 21,628.76 |
| | | | $0.02 | | | | |
| | {11} | | Acct #1 NOITS #32; Payment #9; | 1129-000 | | | 21,628.76 |

**Page Subtotals:** $2,417.66    $25.81

# Form 2

Exhibit B
Page: 7

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 16-50292-KKS | |
| **Case Name:** | RISH, WILLIAM J.JR. | |
| **Taxpayer ID #:** | **-***0400 | |
| **For Period Ending:** | 04/08/2019 | |

| | |
|---|---|
| **Trustee Name:** | Mary W. Colón (290330) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5266 Checking Account |
| **Blanket Bond (per case limit):** | $250,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | note payment | | | | |
| | | | $791.65 | | | | |
| | {13} | | Acct #1 NOITS #32; Payment #8; note payment | 1129-000 | | | 21,628.76 |
| | | | $0.03 | | | | |
| | {13} | | Acct #1 NOITS #32; Payment #9; note payment | 1129-000 | | | 21,628.76 |
| | | | $1,266.64 | | | | |
| | {14} | | Acct #1 NOITS #32; Payment #8; note payment | 1129-000 | | | 21,628.76 |
| | | | $0.00 | | | | |
| | {14} | | Acct #1 NOITS #32; Payment #9; note payment | 1129-000 | | | 21,628.76 |
| | | | $13.82 | | | | |
| | {15} | | Acct #1 NOITS #32; Payment #8; note payment | 1129-000 | | | 21,628.76 |
| | | | $0.01 | | | | |
| | {15} | | Acct #1 NOITS #32; Payment #9; note payment | 1129-000 | | | 21,628.76 |
| | | | $305.08 | | | | |
| | {23} | | Acct #1 NOITS #32; Payment #8; note payment | 1129-000 | | | 21,628.76 |
| | | | $0.00 | | | | |
| | {23} | | Acct #1 NOITS #32; Payment #9; note payment | 1129-000 | | | 21,628.76 |
| | | | $4.16 | | | | |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.48 | 21,596.28 |
| 11/06/17 | | Rish, William | Acct #1 NOITS #32; Payment #10, 9; note payment | | 2,417.66 | | 24,013.94 |
| | {10} | | Acct #1 NOITS #32; Payment #9; note payment | 1129-000 | | | 24,013.94 |
| | | | $0.00 | | | | |
| | {10} | | Acct #1 NOITS #32; Payment #10; note payment | 1129-000 | | | 24,013.94 |
| | | | $36.25 | | | | |
| | {11} | | Acct #1 NOITS #32; Payment #9; note payment | 1129-000 | | | 24,013.94 |
| | | | $0.02 | | | | |
| | {11} | | Acct #1 NOITS #32; Payment #10; note payment | 1129-000 | | | 24,013.94 |
| | | | $791.65 | | | | |
| | {13} | | Acct #1 NOITS #32; Payment #9; | 1129-000 | | | 24,013.94 |

|  |  | Page Subtotals: | **$2,417.66** | **$32.48** |
|---|---|---|---|---|

{ } Asset Reference(s)      UST Form 101-7-TFR (5/1/2011)                                    *! - transaction has not been cleared*

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-50292-KKS | Trustee Name: | Mary W. Colón (290330) |
|---|---|---|---|
| Case Name: | RISH, WILLIAM J.JR. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0400 | Account #: | ******5266 Checking Account |
| For Period Ending: | 04/08/2019 | Blanket Bond (per case limit): | $250,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | note payment | | | | |
| | | | $0.03 | | | | |
| | {13} | | Acct #1 NOITS #32; Payment #10; note payment | 1129-000 | | | 24,013.94 |
| | | | $1,266.64 | | | | |
| | {14} | | Acct #1 NOITS #32; Payment #9; note payment | 1129-000 | | | 24,013.94 |
| | | | $0.00 | | | | |
| | {14} | | Acct #1 NOITS #32; Payment #10; note payment | 1129-000 | | | 24,013.94 |
| | | | $13.82 | | | | |
| | {15} | | Acct #1 NOITS #32; Payment #9; note payment | 1129-000 | | | 24,013.94 |
| | | | $0.01 | | | | |
| | {15} | | Acct #1 NOITS #32; Payment #10; note payment | 1129-000 | | | 24,013.94 |
| | | | $305.08 | | | | |
| | {23} | | Acct #1 NOITS #32; Payment #9; note payment | 1129-000 | | | 24,013.94 |
| | | | $0.00 | | | | |
| | {23} | | Acct #1 NOITS #32; Payment #10; note payment | 1129-000 | | | 24,013.94 |
| | | | $4.16 | | | | |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.72 | 23,980.22 |
| 12/07/17 | | Rish, William | Acct #1 NOITS #32; Payment #10, 11; note payment | | 2,417.66 | | 26,397.88 |
| | {10} | | Acct #1 NOITS #32; Payment #10; note payment | 1129-000 | | | 26,397.88 |
| | | | $0.00 | | | | |
| | {10} | | Acct #1 NOITS #32; Payment #11; note payment | 1129-000 | | | 26,397.88 |
| | | | $36.25 | | | | |
| | {11} | | Acct #1 NOITS #32; Payment #10; note payment | 1129-000 | | | 26,397.88 |
| | | | $0.02 | | | | |
| | {11} | | Acct #1 NOITS #32; Payment #11; note payment | 1129-000 | | | 26,397.88 |
| | | | $791.65 | | | | |
| | {13} | | Acct #1 NOITS #32; Payment #10; note payment | 1129-000 | | | 26,397.88 |
| | | | $0.03 | | | | |
| | {13} | | Acct #1 NOITS #32; Payment #11; | 1129-000 | | | 26,397.88 |

Page Subtotals: **$2,417.66**    **$33.72**

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-50292-KKS | Trustee Name: | Mary W. Colón (290330) |
|---|---|---|---|
| Case Name: | RISH, WILLIAM J.JR. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0400 | Account #: | ******5266 Checking Account |
| For Period Ending: | 04/08/2019 | Blanket Bond (per case limit): | $250,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | note payment | | | | |
| | | | $1,266.64 | | | | |
| | {14} | | Acct #1 NOITS #32; Payment #10; note payment | 1129-000 | | | 26,397.88 |
| | | | $0.00 | | | | |
| | {14} | | Acct #1 NOITS #32; Payment #11; note payment | 1129-000 | | | 26,397.88 |
| | | | $13.82 | | | | |
| | {15} | | Acct #1 NOITS #32; Payment #10; note payment | 1129-000 | | | 26,397.88 |
| | | | $0.01 | | | | |
| | {15} | | Acct #1 NOITS #32; Payment #11; note payment | 1129-000 | | | 26,397.88 |
| | | | $305.08 | | | | |
| | {23} | | Acct #1 NOITS #32; Payment #10; note payment | 1129-000 | | | 26,397.88 |
| | | | $0.00 | | | | |
| | {23} | | Acct #1 NOITS #32; Payment #11; note payment | 1129-000 | | | 26,397.88 |
| | | | $4.16 | | | | |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.77 | 26,362.11 |
| 01/03/18 | | Rish, William | Acct #1 NOITS #32; Payment #11, 12; note payment | | 2,417.62 | | 28,779.73 |
| | {10} | | Acct #1 NOITS #32; Payment #11; note payment | 1129-000 | | | 28,779.73 |
| | | | $0.00 | | | | |
| | {10} | | Acct #1 NOITS #32; Payment #12; note payment | 1129-000 | | | 28,779.73 |
| | | | $36.25 | | | | |
| | {11} | | Acct #1 NOITS #32; Payment #11; note payment | 1129-000 | | | 28,779.73 |
| | | | $0.02 | | | | |
| | {11} | | Acct #1 NOITS #32; Payment #12; note payment | 1129-000 | | | 28,779.73 |
| | | | $791.63 | | | | |
| | {13} | | Acct #1 NOITS #32; Payment #11; note payment | 1129-000 | | | 28,779.73 |
| | | | $0.03 | | | | |
| | {13} | | Acct #1 NOITS #32; Payment #12; note payment | 1129-000 | | | 28,779.73 |
| | | | $1,266.63 | | | | |
| | {14} | | Acct #1 NOITS #32; Payment #11; | 1129-000 | | | 28,779.73 |

Page Subtotals: $2,417.62    $35.77

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Form 2

Exhibit B
Page:   10

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 16-50292-KKS | |
| **Case Name:** | RISH, WILLIAM J.JR. | |
| **Taxpayer ID #:** | **-***0400 | |
| **For Period Ending:** | 04/08/2019 | |

| | |
|---|---|
| **Trustee Name:** | Mary W. Colón (290330) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5266 Checking Account |
| **Blanket Bond (per case limit):** | $250,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | note payment | | | | |
| | | | $0.00 | | | | |
| | {14} | | Acct #1 NOITS #32; Payment #12; note payment | 1129-000 | | | 28,779.73 |
| | | | $13.82 | | | | |
| | {15} | | Acct #1 NOITS #32; Payment #11; note payment | 1129-000 | | | 28,779.73 |
| | | | $0.01 | | | | |
| | {15} | | Acct #1 NOITS #32; Payment #12; note payment | 1129-000 | | | 28,779.73 |
| | | | $305.05 | | | | |
| | {23} | | Acct #1 NOITS #32; Payment #11; note payment | 1129-000 | | | 28,779.73 |
| | | | $0.00 | | | | |
| | {23} | | Acct #1 NOITS #32; Payment #12; note payment | 1129-000 | | | 28,779.73 |
| | | | $4.18 | | | | |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.83 | 28,734.90 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.57 | 28,696.33 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.27 | 28,655.06 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.84 | 28,615.22 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.27 | 28,569.95 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.72 | 28,530.23 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.76 | 28,486.47 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.33 | 28,444.14 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.81 | 28,422.33 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.69 | 28,396.64 |

**Page Subtotals:**     **$0.00**     **$383.09**

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 16-50292-KKS | |
| **Case Name:** | RISH, WILLIAM J.JR. | |
| **Taxpayer ID #:** | **-***0400 | |
| **For Period Ending:** | 04/08/2019 | |

| | | |
|---|---|---|
| **Trustee Name:** | Mary W. Colón (290330) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5266 Checking Account |
| **Blanket Bond (per case limit):** | $250,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Deposit $ | 6 Disbursement $ | 7 Account Balance |
|---|---|---|---|---|---|---|---|
| | | **COLUMN TOTALS** | | | 29,011.82 | 615.18 | $28,396.64 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | **29,011.82** | **615.18** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$29,011.82** | **$615.18** | |

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 16-50292-KKS |
| **Case Name:** | RISH, WILLIAM J.JR. |
| **Taxpayer ID #:** | **-***0400 |
| **For Period Ending:** 04/08/2019 | |

| | |
|---|---|
| **Trustee Name:** | Mary W. Colón (290330) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5266 Checking Account |
| **Blanket Bond (per case limit):** | $250,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $29,011.82 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $29,011.82 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******5266 Checking Account | $29,011.82 | $615.18 | $28,396.64 |
| | **$29,011.82** | **$615.18** | **$28,396.64** |

| | |
|---|---|
| 04/08/2019 | /s/Mary W. Colón |
| Date | Mary W. Colón |

# Exhibit C

## Analysis of Claims Register

**Case: 16-50292-KKS**          **WILLIAM J. RISH**

Claims Bar Date: 04/06/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 | Gulf County Tax Collector 1000 Cecil Costn Blvd Room 147 Port Saint Joe, FL 32456 <4800-000 State and Local Tax Liens (not included in UTC 4700))> , 100  MEMO: 1000 Cecil Costn Blvd Room 147 Port Saint Joe, FL 32456 | Secured 01/23/17 | | $19,009.07 $19,009.07 | $0.00 | $19,009.07 |
| | ------------------------------------------------------------------------------------- History: Details2-101/23/2017Claim #2 filed by Gulf County Tax Collector, Amount claimed: $19009.07 (Isom, L. ) ----------------------------------------------------------------------* * * | | | | | |
| 5S | Heather Ilene Thompson Jones 214 Memorial Lane Port Saint Joe, FL 32456 <4120-000 Real Estate - Non-consensual Liens (judgments)> , 100  MEMO: 214 Memorial Lane Port Saint Joe, FL 32456 | Secured 04/03/17 | | $29,011.88 $29,011.88 | $0.00 | $29,011.88 |
| | ------------------------------------------------------------------------------------- History: Details5-104/03/2017Claim #5 filed by Heather Ilene Thompson Jones, Amount claimed: $1720181.10 (admin) ------------------------------------------------------------------------* * * | | | | | |
| CPA | Thomson Brock Luger & Company P.O. Box 13445 Tallahassee, FL 32317-3445 <3410-000 Accountant for Trustee Fees (Other Firm)> , 200 | Administrative 11/02/16 | | $1,009.00 $1,009.00 | $0.00 | $1,009.00 |
| CPA2 | Thomson Brock Luger & Company P.O. Box 13445 Tallahassee, FL 32317-3445 <3420-000 Accountant for Trustee Expenses (Other Firm)> , 200 | Administrative 11/02/16 | | $70.00 $70.00 | $0.00 | $70.00 |
| FEE | Mary W. Colon, chapter 7 trustee P.O. Box 14596 Tallahassee, FL 32317 <2100-000 Trustee Compensation> , 200 | Administrative 11/02/16 | | $3,651.18 $3,651.18 | $0.00 | $3,651.18 |

## Exhibit C

## Analysis of Claims Register

**Case: 16-50292-KKS**      **WILLIAM J. RISH**

Claims Bar Date: 04/06/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| TE | Mary W. Colon, chapter 7 trustee<br>P.O. Box 14596<br>Tallahassee, FL 32317<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>11/02/16 | | $515.73<br>$521.61 | $0.00 | $521.61 |
| 5P | Heather Ilene Thompson Jones<br>214 Memorial Lane<br>Port Saint Joe, FL 32456<br><5100-000 Domestic Support Obligations - §<br>(507)(a)(1)><br>, 500<br><br>MEMO: 214 Memorial Lane<br>Port Saint Joe, FL 32456 | Priority<br>04/03/17 | | $1,720,181.10<br>$1,720,181.10 | $0.00 | $1,720,181.10 |

History: Details5-104/03/2017Claim #5 filed by Heather Ilene Thompson Jones, Amount claimed: $1720181.10 (admin)

---------------------------------------------------------------------------* * *

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Ameris Bank<br>c/o Timothy D. Padgett, PA<br>6267 Old Water Oak Rd Ste 203<br>Tallahassee, FL 32312<br><7100-000 Section 726(a)(2) General<br>Unsecured Claims><br>, 610<br><br>MEMO: c/o Timothy D. Padgett, PA<br>6267 Old Water Oak Rd Ste 203<br>Tallahassee, FL 32312 | Unsecured<br>01/19/17 | | $38,762.32<br>$38,762.32 | $0.00 | $38,762.32 |

History: Details1-101/19/2017Claim #1 filed by Ameris Bank, Amount claimed: $38762.32 (Singer, Evan )

---------------------------------------------------------------------------* * *

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | Centennial Bank<br>Capital Recovery Advisors<br>2400 Augusta Drive, Suite 212<br>Houston, TX 77057<br><7100-000 Section 726(a)(2) General<br>Unsecured Claims><br>, 610<br><br>MEMO: Capital Recovery Advisors<br>2400 Augusta Drive, Suite 212<br>Houston, TX 77057 | Unsecured<br>02/10/17 | | $3,364,062.78<br>$3,364,062.78 | $0.00 | $3,364,062.78 |

History: Details3-102/10/2017Claim #3 filed by Centennial Bank, Amount claimed: $3364062.78 (admin)

---------------------------------------------------------------------------* * *

# Exhibit C

## Analysis of Claims Register

### Case: 16-50292-KKS                    WILLIAM J. RISH

Claims Bar Date: 04/06/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 | Cadence Bank<br>2 Urban Center<br>Suite 820<br>Tampa, FL 33609<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br><br>MEMO: 2 Urban Center<br>Suite 820<br>Tampa, FL 33609 | Unsecured<br><br>03/20/17 | | $406,897.87<br><br>$406,897.87 | $0.00 | $406,897.87 |

History: Details4-103/20/2017Claim #4 filed by Cadence Bank, Amount claimed: $406897.87 (Fuqua, H. )

------------------------------------------------------------------------------------* * *

| 6 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br><br>MEMO: POB 12914<br>Norfolk, VA 23541 | Unsecured<br><br>04/06/17 | | $12,605.06<br><br>$12,605.06 | $0.00 | $12,605.06 |

History: Details6-104/06/2017Claim #6 filed by Portfolio Recovery Associates, LLC, Amount claimed: $12605.06 (Griffin, Tiffany )

------------------------------------------------------------------------------------* * *

| 7 | SE Property Holdings, LLC as successor by merger t<br>c/o Richard M. Gaal<br>PO Box 350<br>Mobile, AL 36601<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br><br>MEMO: c/o Richard M. Gaal<br>PO Box 350<br>Mobile, AL 36601 | Unsecured<br><br>04/06/17 | | $283,124.68<br><br>$283,124.68 | $0.00 | $283,124.68 |

History: Details7-104/06/2017Claim #7 filed by SE Property Holdings, LLC as successor by merger t, Amount claimed: $283124.68 (Gaal, Richard )

------------------------------------------------------------------------------------* * *

|  |  |  | Case Total: | | $0.00 | $5,878,906.55 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-50292-KKS
Case Name: WILLIAM J. RISH
Trustee Name: Mary W. Colón

**Balance on hand:**    $    28,396.64

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    28,396.64

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Mary W. Colon, chapter 7 trustee | 3,651.18 | 0.00 | 3,651.18 |
| Trustee, Expenses - Mary W. Colon, chapter 7 trustee | 521.61 | 0.00 | 521.61 |
| Accountant for Trustee Fees (Other Firm) - Thomson Brock Luger & Company | 1,009.00 | 0.00 | 1,009.00 |
| Accountant for Trustee Expenses (Other Firm) - Thomson Brock Luger & Company | 70.00 | 0.00 | 70.00 |

Total to be paid for chapter 7 administrative expenses:    $    5,251.79
Remaining balance:    $    23,144.85

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:    $    0.00
Remaining balance:    $    23,144.85

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,720,181.10 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------:|-------------------------:|-----------------:|
| 5P | Heather Ilene Thompson Jones | 1,720,181.10 | 0.00 | 23,144.85 |

Total to be paid for priority claims: $ 23,144.85
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $4,105,452.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------:|-------------------------:|-----------------:|
| 1 | Ameris Bank | 38,762.32 | 0.00 | 0.00 |
| 3 | Centennial Bank | 3,364,062.78 | 0.00 | 0.00 |
| 4 | Cadence Bank | 406,897.87 | 0.00 | 0.00 |
| 6 | Portfolio Recovery Associates, LLC | 12,605.06 | 0.00 | 0.00 |
| 7 | SE Property Holdings, LLC as successor by merger t | 283,124.68 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------:|-------------------------:|-----------------:|
| | | None | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $     0.00

Remaining balance: $     0.00

**UST Form 101-7-TFR(5/1/2011)**